**Order filed January 13, 2015**



In The

# Fourteenth Court of Appeals

NO. 14-14-00555-CV
**LEON LAVIOLETTE, Appellant**

**V.**

**MICHAEL RUTHERFORD, Appellee**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-31571**

---

## O R D E R

Appellant's brief was due December 29, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 12, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM